**Burnis Franklin HARRIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28482.**

Court of Criminal Appeals of Texas.

June 30, 1956.

proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.

**Paul Lester MONCRIEF, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28461.**

Court of Criminal Appeals of Texas.

June 30, 1956.

---

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., George P. Blackburn, A. D. Bowie, Asst. Criminal Dist. Attys., Dallas, and Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Appellant was convicted of operating a motor vehicle upon a public highway while intoxicated and his punishment assessed at 3 days in jail and a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All

---

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.